AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Henderson, Karen L | 2. Court or Organization<br><br>US Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>US Courthouse, Room 3118<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10: 50 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank Acccount | A | Interest | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3. Suntrust Bank Investment Account | D | Dividend | M | T | | | | | |
| 4. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 5. Citigroup Account Contains: | | | | | | | | | |
| 6. **Smith Barney Cash Accounts | A | Interest | J | T | | | | | |
| 7. **Bell South Corp.: Common | | None | | | Merger | 01/03 | K | | See VIII |
| 8. **AT&T Inc. | B | Dividend | K | T | Merger | 01/03 | K | | See VIII |
| 9. **Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 10. **NCR Corp: Common | | None | J | T | | | | | |
| 11. **Teradata Corp: Common | | None | J | T | Spin off | 09/30 | J | | See VIII |
| 12. **Avaya Inc.: Common | | None | | | Merger | 10/26 | J | A | See VIII |
| 13. **Agere Systems Inc. | | None | | | Merger | 04/03 | J | A | See VIII |
| 14. **LSI Corporation: Common | | None | J | T | Merger | 04/03 | J | A | See VIII |
| 15. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 16. IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 17. IRA: Citigroup Contains: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,900,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Bell South Corp.: Common | | None | | | Merger | 01/03 | K | | See VIII |
| 19. **AT&T Inc.: Common | C | Dividend | L | T | Merger | 01/03 | K | | See VIII |
| 20. **Citigroup Inc.: Common | C | Dividend | K | T | | | | | |
| 21. **Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 22. **Intl Business Machines Corp.: Common | A | Dividend | K | T | | | | | |
| 23. **NCR Corp.: Common | | None | J | T | | | | | |
| 24. **Teradata Corp: Common | | None | J | T | Spin off | 09/30 | J | | See VIII |
| 25. **Avaya Inc.: Common | | None | | | Merger | 10/26 | J | A | See VIII |
| 26. **Citigroup Cash Accounts | C | Interest | L | T | | | | | |
| 27. **Agere Systems Inc. | | None | | | Merger | 04/03 | J | | See VIII |
| 28. **LSI Corporation: Common | | None | J | T | Merger | 04/03 | J | A | See VIII |
| 29. **Traveler's Companies: Common | A | Dividend | J | T | | | | | See VIII |
| 30. Merrill Lynch Account Contains: | | | | | | | | | |
| 31. **Federal Signal Corp.: Common | B | Dividend | L | T | | | | | |
| 32. **Schlumberger Ltd: Common | C | Dividend | N | T | | | | | |
| 33. **South Carolina State Hwy 4.6% | D | Interest | M | T | | | | | |
| 34. **Chester SC Met Dist Wtr Rev 4.7% | B | Interest | | | Redeemed | 03/01 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **South Carolina Transn Infra 5.25% | D | Interest | M | T | | | | | |
| 36. **Horry County SC School District Series A 5.0% | C | Interest | L | T | | | | | |
| 37. **Myrtle Beach SC Ctfs Partn Con Ctr 4.5% | B | Interest | | | Redeemed | 07/02 | K | | |
| 38. **Rock Hill SC Util Sys RV 4.4% | B | Interest | K | T | | | | | |
| 39. **Piedmont Muncipal Power Agency SC 5.25% | A | Interest | J | T | | | | | |
| 40. **North Charleston SC Cop Imp-Coliseum RF OID 5.0% | B | Interest | L | T | | | | | |
| 41. **SC Transn Infrastr Rev 5.0% | B | Interest | | | Redeemed | 10/01 | K | | |
| 42. **Marlboro Cnty SC SD Rf Sch 2.9% | C | Interest | M | T | | | | | |
| 43. **Lexington Cnty SC SD #001 3.0% | A | Interest | J | T | | | | | |
| 44. **Spartanburg SC Pub Facs Corp 4.0% | B | Interest | K | T | | | | | |
| 45. **South Carolina St Hwy 4.6% | | None | K | T | | | | | |
| 46. **Easley SC Util Rev Comb 4.0% | A | Interest | K | T | | | | | |
| 47. **Laurens Co SC Wtswc WDSR 3.0% | A | Interest | J | T | | | | | |
| 48. **Berkeley Cnty SC Sch Dist. 5.75% | B | Interest | K | T | | | | | |
| 49. **SC Transn Infrastr Rev 5.0% | C | Interest | M | T | | | | | |
| 50. **SC Jobs-EDA Hsp Fcs 5.0% | A | Interest | K | T | | | | | |
| 51. **Berkeley Co SC Sch Dist 4.7% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. **Beaufort Cnty SC OID 2.875% | B | Interest | L | T | | | | | |
| 53. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 54. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 55. **North Charleston SC CTS 5.125% | B | Interest | | | Redeemed | 09/04 | K | | |
| 56. **South Carolina Transn Infra Ser 5.1% | C | Interest | L | T | | | | | |
| 57. **Mount Pleasant SC Wtr & Sewer 3.5% | A | Interest | M | T | Buy | 10/15 | M | | |
| 58. **Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 59. **Transocean Inc.: Common | | None | M | T | Sold-Part | 11/07 | K | E | |
| 60. **Merrill Lynch Cash Accounts | D | Interest | N | T | | | | | |
| 61. **Delhaize Group Spons Adr: Common | A | Dividend | K | T | | | | | |
| 62. **El Paso Corporation: Common | A | Dividend | K | T | | | | | |
| 63. **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 64. **Titanium Metals Corp. | C | Dividend | J | T | Dividend | 03/30 | J | A | See VIII |
| 65. **DirecTV Group Inc.: Common | | None | J | T | | | | | |
| 66. **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 67. **Allstate Corp: Common | A | Dividend | J | T | | | | | |
| 68. **Morgan Stanley: Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. **Discover Financial Services: Common | A | Dividend | J | T | Spin-off | 07/06 | J | | See VIII |
| 70. Merrill Lynch IRA Contains: | | | | | | | | | |
| 71. **BellSouth: Common | | None | | | Merger | 01/03 | J | | See VIII |
| 72. **AT&T, Inc.: Common | A | Dividend | K | T | Merger | 01/03 | J | | See VIII |
| 73. **Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 74. **Avaya Inc.: Common | | None | | | Merger | 10/26 | J | A | See VIII |
| 75. **Agere Systems Inc.: Common | | None | | | Merger | 04/03 | J | | See VIII |
| 76. **LSI Corporation: Common | | None | J | T | Merger | 04/03 | J | | See VIII |
| 77. **Merrill Lynch Cash Accounts | B | Interest | M | T | | | | | |
| 78. Wachovia Rollover IRA Contains: | | | | | | | | | |
| 79. **Evergreen Prime Cash Fund | F | Interest | P1 | T | | | | | |
| 80. The Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 81. Bank America Corp.: Common | F | Dividend | O | T | | | | | |
| 82. The Boeing Co.: Common | D | Dividend | N | T | | | | | |
| 83. Campbell Soup Co.: Common | D | Dividend | M | T | | | | | |
| 84. Colgate-Palmolive Co.: Common | D | Dividend | O | T | | | | | |
| 85. Genereal Electric Co.: Common | F | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. The Goodyear Tire & Rubber Co.:Common | | None | L | T | | | | | |
| 87. IBM Corp.: Common | B | Dividend | M | T | | | | | |
| 88. Exxon-Mobil Corp.: Common | D | Dividend | O | T | | | | | |
| 89. El Paso Energy: Common | A | Dividend | L | T | | | | | |
| 90. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 91. Solutia Inc.: Common | | None | J | T | | | | | |
| 92. Marathon Group: Common | C | Dividend | M | T | | | | | |
| 93. Monsanto: Common | B | Dividend | M | T | | | | | |
| 94. Chevron Corporation: Common | C | Dividend | M | T | | | | | |
| 95. Weyerhaeuser Co.: Common | C | Dividend | M | T | | | | | |
| 96. US Steel Group: Common | A | Dividend | K | T | | | | | |
| 97. Springtree Associates Partnership: 1% Interest | C | Rent | J | W | | | | | |
| 98. Wachovia Bank Accounts: | D | Interest | M | T | | | | | |
| 99. CD: Bank of America | C | Interest | M | T | | | | | |
| 100. CD: Carolina First | C | Interest | M | T | | | | | |
| 101. CD: NBSC | C | Interest | M | T | | | | | |
| 102. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 104. Merrill Lynch SEP Contains: | | | | | | | | | |
| 105. **Merrill Lynch SEP Cash Accounts | B | Dividend | K | T | | | | | |
| 106. **Chevron Corp: Common | C | Dividend | M | T | | | | | |
| 107. **American Growth Fund of America | C | Dividend | L | T | Buy | 02/05 | L | | |
| 108. **American Euro Pacific Growth Fund | C | Dividend | L | T | Buy | 05/30 | L | | |
| 109. **Thornburg International Value Fund | D | Dividend | M | T | Buy | 02/05 | M | | |
| 110. Wachovia Bank Trust Contains: | | | | | | | | | |
| 111. **Valiant Tax-Exempt Money Market Fund | A | Interest | | | Sell | 06/30 | J | | |
| 112. **Evergreen Large Cap Equity Fund Class I | A | Dividend | | | Sold | 04/04 | J | A | |
| 113. | | | | | Sold | 07/05 | J | A | |
| 114. | | | | | Sold | 08/21 | L | E | |
| 115. | | | | | Merger | 10/01 | K | | See VIII |
| 116. **Evergreen Enhanced S&P 500 Fund | C | Dividend | K | T | Merger | 10/01 | K | | See VIII |
| 117. **Evergreen International Equity | B | Dividend | K | T | Buy | 08/21 | K | | |
| 118. **Golden Small Core Value | A | Dividend | J | T | Buy | 08/21 | J | | |
| 119. **LeggMason Partners Aggressive Growth Fund | | None | J | T | Buy | 08/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. **Morgan Stanley Institutional Fund | | None | J | T | Buy | 08/21 | J | | |
| 121. **Pimco Commodity Real Return Strategy Fund | A | Dividend | J | T | Buy | 08/21 | J | | |
| 122. **Rowe T. Price Real Estate Fund | A | Dividend | J | T | Buy | 08/21 | K | | |
| 123. **Touchstone Mid Cap Fund | A | Dividend | J | T | Buy | 08/21 | J | | |
| 124. **Evergreen International Bond Fund | A | Dividend | J | T | Buy | 08/21 | J | | |
| 125. **Evergreen SC Municipal Bond Fund | C | Interest | L | T | Buy | 01/04 | J | | |
| 126. | | | | | Buy | 07/05 | J | | |
| 127. | | | | | Sold | 08/21 | L | | |
| 128. **Nuveen Funds High Yield Municipal Fund | A | Interest | K | T | Buy | 08/21 | K | | |
| 129. **Pimco Emerging Markets Fund | A | Dividend | J | T | Buy | 08/21 | J | | |
| 130. **Pimco Foreign Bond Fund | A | Dividend | J | T | Buy | 08/21 | J | | |
| 131. **Dreyfus Tax Exempt Cash Management Fund | A | Interest | J | T | Buy | 06/28 | J | | |
| 132. Wachovia Brokerage Account Contains: | | | | | | | | | |
| 133. **US Treasury Bill Due 09/06/07 | E | Interest | | | Buy | 03/05 | P1 | | |
| 134. | | | | | Redeemed | 09/06 | P1 | | |
| 135. **US Treasury Bill Due 03/01/07 | E | Interest | | | Redeemed | 03/01 | O | | |
| 136. **US Treasury Bill Due 03/08/2007 | E | Interest | | | Redeemed | 03/08 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. **US Treasury Bill Due 03/20/08 | | None | P1 | T | Buy | 09/17 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Line 7 &8: AT&T, Inc. and Bellsouth Corporation merged on January 3, 2007. The merged company will be known as AT&T, Inc.

Page 4, Line11: On September 30, 2007, Teradata Corporation spun off from NCR Corporation. The shareholders of NCR Corporation recieved ▮▮▮ of Teradata common stock for each share of NCR common stock held.

Page 4, Line 12: On October 26, 2007, Avaya, Inc. merged with Silver Lake and TPG Capital. Avaya shareholder's recieved $17.50 in cash for each share of Avaya common stock held.

Page 4, Line 13 & 14: On April 3, 2007, Agere Systems, Inc. and LSI Corporation merged. Agere shareholders received ▮▮▮ of LSI common stock for each share of Agere common stock.

Page 5, Lines 18 & 19: AT&T, Inc. and Bellsouth Corporation merged on January 3, 2007. The merged company will be known as AT&T, Inc.

Page 5, Line 24: On September, 30, 2007, Teradata Corporation spun off from NCR Corporation. The shareholders of NCR Corporation received ▮▮▮of Teradata common stock for each share of NCR common stock held.

Page 5, Line 25: On October 26, 2007, Avaya, Inc. merged with Silver Lake and TPG Capital. Avaya shareholder's recieved $17.50 in cash for each share of Avaya common stock held.

Page 5, Line 27 & 28: On April 3, 2007, Agere Systems, Inc. and LSI Corporation merged. Agere shareholders received ▮▮▮of LSI common stock for each share of Agere common stock.

Page 5, Line 29: In February 2007, the company changed it's name from St. Paul Traveler's Companies, Inc. to Traveler's Companies, Inc.

Page 7, Line 64: On March 26, 2007, a special dividend was paid to Valhi, Inc. shareholders. Each Valhi shareholder received .▮▮▮ of Titanium Metals Corporation common stock for each share of Valhi common stock owned.

Page 8, Line 69: On June 30, 2007, Discover common stock was distributed to Morgan Stanley stockholders. Morgan Stanley distributed one share of Discover common stock for ▮▮▮ of Morgan Stanley common stock.

Page 8, Line 71 & 72: AT&T, Inc. and Bellsouth Corporation merged on January 3, 2007. The merged company will be known as AT&T, Inc.

Page 8, Line 74: On October 26, 2007, Avaya, Inc. merged with Silver Lake and TPG Capital. Avaya shareholder's recieved $17.50 in cash for each share of Avaya common stock held.

Page 8, Line 75 & 76: On April 3, 2007, Agere Systems, Inc. and LSI Corporation merged. Agere shareholders received ▮▮▮of LSI common stock for each share of Agere common stock.

Page 10, Line 115 & 116: On October 1, 2007, the Evergreen Large Cap Equity Fund, Class A became Evergreen Enhanced S&P 500 Fund, Class A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5|12|08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# DERRICK, STUBBS & STITH, L.L.P.
## CERTIFIED PUBLIC ACCOUNTANTS

A. David Masters, CPA
Charles R. Statler, Jr., CPA
Alan F. Grimsley, CPA
Hugh R. Penny, CPA, CISA, CBA
H. Warren Counts, Jr., CPA
K. Todd Dalton, CPA, CVA
Timothy M. Monahan, CPA
RSM McGladrey Network

Columbia, South Carolina

July 17, 2008

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:   Honorable Karen Lecraft Henderson
      Calendar Year 2007 Filing

Honorable Ortrie D. Smith:

We are responding on behalf of the Honorable Karen Lecraft Henderson to your letter regarding the Financial Disclosure filing for 2007. In this letter you request more information regarding specific items included in the financial disclosure. A copy of this letter is enclosed.

Part VII, page 4, line 6, in the prior year report listed the asset as "Municipal Money Market Fund Class A." This asset was a money market account included in the Smith Barney account. During 2007 this money market account was cashed in and the "Western Asset Municipal Money Market Fund" was purchased. Since this fund is a money market fund we included this asset in Part VII, page 4, line 6 of the 2007 disclosure as "Smith Barney Cash Accounts." In essence, these are the same assets from 2006 to 2007.

We are sorry for the confusion in this matter. Please feel free to call us with any additional questions you may have.

Very truly yours,

**DERRICK, STUBBS & STITH, L.L.P.**

A. David Masters, CPA
Managing Partner

I AM INITIALING THIS BUT HAD TO SEE THE NEED THROUGH MR MASTERS PLAINLY SPEAKS FOR ME.

8/11/08

Enclosures: as stated

cc: Honorable Karen Henderson